Matter of Valdez-Cruz v Collado (2023 NY Slip Op 04804)

Matter of Valdez-Cruz v Collado

2023 NY Slip Op 04804

Decided on September 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 28, 2023

535815
[*1]In the Matter of Leonardo Valdez-Cruz, Petitioner,
v
Jaifa Collado, as Superintendent of Shawangunk Correctional Facility, Respondent.

Calendar Date:September 1, 2023

Before:Egan Jr., J.P., Clark, Pritzker, McShan and Mackey, JJ.

Leonardo Valdez-Cruz, Stormville, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.
Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's account. To the extent that petitioner seeks to be restored to the status he enjoyed prior to the disciplinary determination, he is not entitled to that relief (see Matter of Iverson v Annucci, 215 AD3d 1145, 1145 [3d Dept 2023]). Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Perkins v Annucci, 216 AD3d 1388, 1388-1389 [3d Dept 2023]; Matter of Tucker v Annucci, 204 AD3d 1286, 1287 [3d Dept 2022]).
Egan Jr. J.P., Clark, Pritzker, McShan and Mackey, JJ., concur.
ADJUDGED that the petition is dismissed, as moot, without costs.